BILL COMPTON, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Jan. 25, 1952.

Fritz Krueger, Somerset, for movant.

A. E. Funk, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Pulaski Circuit Court. Judgment of conviction for unlawfully selling spirituous, vinous and malt intoxicating liquors in local option territory. $60 fine and 30 days in jail.

Appeal denied. Judgment affirmed.